IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRENT P. LOPEZ, and ROSE A. ROMERO, | ) ) ) | |
| Plaintiffs, | ) ) | 8:16CV98 |
| V. | ) ) | |
| DELICIA KELLY, Child Protective Services (CPS), JENNIFER SAGESER, The Nebraska Families Collaborative (NFC), and DEBRA TIGHE-DOLAN, Douglas County, | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Plaintiffs, non-prisoners, filed Motions for Leave to Proceed in Forma Pauperis. (Filing Nos. 2 and 3.) Upon review of Plaintiffs' Motions, the court finds that Plaintiffs are financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees. Plaintiffs are advised that the next step in their case will be for the court to conduct an initial review of their claims to determine whether summary dismissal is appropriate under [28 U.S.C. § 1915(e)(2)](). The court will conduct this initial review in its normal course of business.

DATED this 2nd day of March, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge